

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2016

No. 04-16-00498-CV and 04-16-00499-CV

**IN THE MATTER OF B.M.G.**,

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 2015JUV00638 and 2015JUV00641-W1
Honorable Laura Parker, Judge Presiding

## O R D E R

Appellant B.M.G. is a juvenile. The trial court determined he engaged in delinquent conduct in two causes, and the trial court disposed of both in its August 31, 2015 order. On April 14, 2016, B.M.G. filed an application for writ of habeas corpus, but the trial court denied the application without holding a hearing on the merits. Appellant appealed, and the appellate record is complete. This court granted Appellant's first motion for extension of time to file his brief, and the brief was due on December 2, 2016.

On the brief's due date, Appellant moved this court to abate the appeal. His motion indicates the Texas Juvenile Justice Department is considering the possibility of his parole, and he "does not want the appeal to interfere with [his] parole."

Appellant's motion is GRANTED. We ABATE this appeal pending the resolution of Appellant's diligent pursuit of a decision from the Texas Juvenile Justice Department on whether he will be paroled.

We ORDER Appellant to file with this court within thirty days of the date of this order, and at least monthly thereafter, a written statement of the status of Appellant's request for parole. Each monthly report must include at a minimum the date and description of all documents filed with the Texas Juvenile Justice Department, the Department's responses to those filings, and any decisions reached by the Department.

If Appellant fails to diligently pursue a decision in the matter of his parole, or if other circumstances require, this court may reinstate this appeal on this court's docket. Assuming Appellant diligently pursues a decision from the Department, after the Department addresses Appellant's request for parole, this court will issue an appropriate order.

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court